JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSCAR E. VARGAS, | ) | CASE NO. CV 17-9143-PJW |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| J. GASTELO, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Memorandum Opinion and Order filed herewith,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 7, 2018.

*Patrick J. Walsh*
———————————————
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\VARGAS, O 9143\Judgment.wpd